NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT N. DURSO, SUZANNE FAST, CATHIE COKE, AND DOUGLAS WALKER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Civil Action No. 2:12-cv-05352 (DMC) (JBC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Motion by Samsung Electronics America, Inc. ("Defendant" or "Samsung") to Dismiss the Amended Complaint of Robert N. Durso, Suzanne Fast, Cathie Coke, and Douglas Walker (collectively "Plaintiffs"), pursuant to FED. R. CIV. P. 12(b)(6) and FED. R. CIV. P 9(B) and to Strike Plaintiffs' Class Allegations. (Defs.' Mot. to Dismiss, Jan. 29, 2013, ECF No. 22). Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this 6 day of November, 2013;

**ORDERED** that Defendant's Motion to Dismiss is **granted in part** and **denied in part**.

**ORDERED** that Defendant's Motion to Strike Plaintiffs' Class Allegations is **denied.**

**ORDERED** that Counts One, Two, Three, Four and Five of Plaintiffs' Amended Class Action Complaint are **dismissed without prejudice**.

1

**ORDERED** that Plaintiffs may amend their complaint within thirty (30) days from the issuance of this Order.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         Hon. James B. Clark, U.S.M.J.
            All Counsel of Record
            File