NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT N. DURSO, SUZANNE FAST, CATHIE COKE, AND DOUGLAS WALKER, individually and on behalf of all other persons similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>                Defendant. | **ORDER**<br><br>Civil Action No. 2:12-cv-05352 (WJM) (JBC) |

WILLIAM J. MARTINI , U.S.D.J.:

      This matter comes before the Court upon motion to appeal by Plaintiffs Robert N. Durso, Suzanne Fast, Cathie Coke, and Douglas Walker (collectively "Plaintiffs" or "Durso Plaintiffs") (August 05, 2013, ECF No. 46) the July 24, 2013 Opinion and Order (ECF Nos. 44, 45) of Magistrate Judge Joseph A. Dickson ("Judge Dickson") denying Plaintiffs' cross-motion to consolidate. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

      IT IS on this 24th day of March, 2014;

      **ORDERED** that Plaintiffs' motion to appeal Judge Dickson's July 24, 2013 decision is denied;

      **ORDERED** that Judge Dickson's July 24, 2013 decision denying Plaintiffs' cross-motion to consolidate is affirmed.

                                                          s/William J. Martini

                                                            WILLIAM J. MARTINI, U.S.D.J.