IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT N. DURSO and CATHIE COLE, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Civil Action No. 2:12-cv-5352 (WJM) (MF) <br><br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The matters in difference in the above-entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that this action be and the same hereby is DISMISSED with prejudice and without costs against either party.

NAGEL RICE, LLP
Attorneys for Plaintiffs
Robert N. Durso and Cathie Cole

By: _____
BRUCE NAGEL

TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP
Attorneys for Defendant
Samsung Electronics America, Inc.

By: _____
JAMES J. O'HARA

SO ORDERED this 21st day of December, 2017.

_____
THE HONORABLE WILLAM J. MARTINI
United States District Judge

7